IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERINA BOOKER<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 14-4984 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN,<br>**Acting Commissioner of the**<br>**Social Security Administration**<br>*Defendant* | : | |

**O R D E R**

**AND NOW**, this 7th day of March 2017, upon consideration of Plaintiff Sherina Booker's *objections to the report and recommendation of the magistrate judge*, [ECF 26], Defendant's response thereto, [ECF 28], the *Report and Recommendation* issued on April 7, 2016, by the Honorable Lynne A. Sitarski, United States Magistrate Judge, [ECF 21], and the administrative record, [ECF 6], it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**.
2. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.
3. Plaintiff's motion for summary judgment and request for review, [ECF 12], is **DENIED**.
4. Judgment is entered in favor of Defendant and against Plaintiff.
5. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*